# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SOUTHERN MILLS, INC., <br>     Plaintiff, <br><br> v. <br><br> POLARTEC, LLC, <br>     Defendant. | Civil Action File No. <br><br> 1:07-CV-0893-BBM |

### Stipulated Order of Dismissal and Final Judgment

Plaintiff Southern Mills, Inc., ("Southern Mills") and Defendant Polartec, LLC, ("Polartec"), by and through their undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. This is a patent infringement action brought by Southern Mills against Polartec.

2. This Court has jurisdiction over the claims and counterclaims in this action pursuant to 28 U.S.C. § 1331 and 1338.

3. The patent in suit in this action is United States Patent No. 5,727,401 ("the '401 patent"). Southern Mills is the owner of the '401 patent.

4. The '401 patent is directed to integrated flame resistant fleece fabrics that may be used as thermal barriers in garments such as fire fighter turn-out coats.

5. In this action, Southern Mills accuses fleece products of various colors and styles marked by Polartec at least under the name Thermal FR ("Accused Products") of

infringing claims 1, 3-9, 11-12, 17-18, and 20-21 of the '401 patent.  At present, no other claims have been asserted.

6. In its responsive pleadings and as set forth in the Joint Preliminary Report and Discovery Plan, Polartec (a) denies infringement, (b) asserts that any claims of the '401 patent construed to cover any Polartec product are invalid under 35 U.S.C. §§ 102 and 103, (c) asserts that all claims of the '401 patent are invalid under 35 U.S.C. §§ 101, 102, 103, and 112, and (d) asserts enforcement of the '401 patent is barred by laches and/or equitable estoppel.

7. On November 3, 2008, the Court held a *Markman* hearing, and on November 25, 2008, the Court entered an Order (Dkt. No. 64) regarding the construction of the disputed terms of the '401 patent.

8. On December 30, 2008, the Court denied Southern Mills' Motion for Clarification and Reconsideration.  (Dkt. No. 69.)

9. Following the entry of the December 30, 2008 Order, Southern Mills determined that under this Court's claim construction, the Accused Products would not be found to infringe the asserted claims of the '401 patent.

10. The parties therefore stipulate and agree to entry of this Final Judgment in favor of Polartec and against Southern Mills that the Accused Products do not infringe claims 1, 3-9, 11-12, 17-18, and 20-21 of the '401 patent.

11. This Stipulated Order of Dismissal and Final Judgment is without prejudice as to Polartec's affirmative defenses of invalidity, laches and/or equitable estoppel, or 28 U.S.C.

§ 1498 and with prejudice as to Southern Mills' claim of infringement against the Accused Products.

12.   Further, this Stipulated Order of Dismissal and Final Judgment is without prejudice to the parties' rights to appeal any future orders issued by the Court, and in view of the stipulated nature of this Order, each party shall bear its own costs.  This does not, however, prejudice Polartec's right to file a motion to declare this an exceptional case under 35 U.S.C. § 285 and award attorneys' fees, or to file any other motion for attorneys' fees.  Pursuant to Fed. R. Civ. P. 54(d)(2)(B) the deadline for filing any such motion is extended until the earlier of sixty-days after (a) a mandate issues from the United States Court of Appeals for the Federal Circuit (in the event of an appeal), or (b) the deadline passes for filing a Notice of Appeal, in the event no Notice of Appeal is filed.

SO STIPULATED BY the Parties through their undersigned counsel:

DATED: FEBRUARY 13, 2009 /s/ D. Clay Holloway
Susan A. Cahoon
Georgia Bar No. 102000
Kristin J. Doyle
Georgia Bar No. 394798
D. Clay Holloway
Georgia Bar No. 363296
Louise T. Rains
Georgia Bar No. 778899

KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530
(404) 815-6500

*Attorneys for Plaintiff*
*Southern Mills, Inc.*

| | |
|---|---|
| DATED: FEBRUARY 13, 2009 | /s/ Samuel Sherry <br> Daniel A. Kent <br> Georgia Bar No. 415110 <br> Noah C. Graubart <br> Georgia Bar No. 141862 <br><br> FISH & RICHARDSON P.C. <br> 1180 Peachtree Street, N.E., 21st Floor <br> Atlanta, Georgia 30309 <br> Ph: (404) 892-5005 <br><br> Michael H. Bunis <br> Samuel Sherry <br><br> *Attorneys for Defendant* <br> *Polartec, LLC* |

IT IS SO ORDERED, ADJUGED, AND DECREED this 13th day of February, 2009.

                s/Beverly     B.     Martin
                Beverly B. Martin
                JUDGE, UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulated Order of Dismissal and Final Judgment has been served upon counsel for Polartec by filing with the Court's CM/ECF system, which will automatically send email documentation of such filing to the following attorneys of record:

        Daniel A. Kent:    kent@fr.com
        Michael H. Bunis:  bunis@fr.com
        Samuel Sherry:   sherry@fr.com
        Noah Graubart :   graubart@fr.com

This 13th day of February, 2009.

        s/ D. Clay Holloway
        Georgia Bar No. 363296
        COUNSEL FOR PLAINTIFF